UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Frank T. Singleton, III, | ) C/A No. 1:13-2-RMG )  |
| Plaintiff, | ) ) |
| vs. | ) ) |
| Director Peggy Spivey; Lt. Justin Dill; Lt. Chris Phillips, | ) ORDER ) |
| Defendants. | ) ) |

Plaintiff, a pretrial detainee at the Kershaw County Detention Center proceeding *pro se*, filed a complaint alleging constitutional violations under 42 U.S.C. § 1983. By order issued on February 6, 2013, Plaintiff was given an opportunity to provide the service documents necessary to bring the case into proper form for evaluation and possible service of process. [ECF No. 8]. Plaintiff did not receive the order, as it was returned to the Clerk of Court as undeliverable mail and stamped "return to sender, attempted-not known, unable to forward." Plaintiff has not provided the Clerk of Court with a notice of address change, and the record indicates no attempt by Plaintiff to contact the court since filing the complaint. Therefore, the case is **dismissed,** ***without prejudice***, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

March 12, 2013
Charleston, South Carolina

Richard M. Gergel
United States District Judge

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.